No. 96–8666. HARRIS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 96–8688. DOGGINS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–8690. ST. JOSEPH v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–8693. NELSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 96–8704. ELLIS v. PINKINS, CHIEF DEPUTY WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–8709. REESE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–8714. NICHOLAS v. PATAKI, GOVERNOR OF NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 96–8736. WATSON v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 96–8749. JORDAN v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 96–8750. McQUEEN v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–8753. HARRIS v. CHAPMAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–8756. SCHWARTZ v. EMHART GLASS MACHINERY, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8770. ANTONELLI v. FUGETT ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–8786. JAMES v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.